[Docket No. 14]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH J. D'AMICO, | |
|         Plaintiff, | Civil No. 06-3886 (RMB) |
|   v. | **ORDER** |
| CHERYL BARD, | |
|         Defendant. | |

    This matter having come before the Court upon Defendant's motion to dismiss and, alternatively, for summary judgment; and the Court having reviewed the moving papers; and for the reasons set forth in the Opinion issued this date;

    IT IS HEREBY **ORDERED** that Defendant's motion is **GRANTED**.


Dated: <u>February 6, 2008</u>    <u>s/Renée Marie Bumb</u>
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE